# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 29, 2013

Robert P. Young, Jr.,
Chief Justice

146471

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

GLYNDA HOLCOMB,
        Plaintiff-Appellant,

v

SC: 146471
COA: 313373

KELLY SERVICES, INC.,
        Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the November 28, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 29, 2013

_____
Clerk

h0422